UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARNO KUIGOUA, | ⟩ | No. 2:26-cv-06117-PA (JDE) |
| Plaintiff, | ⟩ | JUDGMENT |
| v. | ⟩ | |
| LORETTA MELBY, et al., | ⟩ | |
| Defendants. | ⟩ | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice.

Dated: June 8, 2026    _____

PERCY ANDERSON
United States District Judge